# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FAUSTINO XAVIER BETANCOURT-COLÓN,**<br>    Plaintiffs,<br><br>v.<br><br>**RESTAURANTE KING CHINA CORP,**<br>    Defendants. | Civil No. 3:23-CV-01288 (ADC) |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on July 29, 2024, at docket 34.

Therefore, pursuant to the Court's Order, Judgment is hereby DISMISSING this case WITH PREJUDICE and without the imposition of special costs and attorney's fees.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 29th day of July, 2024.

ADA I. GARCIA-RIVERA, ESQ., CPA
Clerk of the Court

By: *S/Glorimar Rivera*
    Glorimar Rivera, Deputy Clerk